# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 11, 2025

Lyle W. Cayce
Clerk

No. 25-10465
Summary Calendar

_____

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏғ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Cᴇᴀsᴀʀ Lᴀᴍᴀʀ Aᴅᴀᴍs,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:24-CR-49-1

_____

Before Rɪᴄʜᴍᴀɴ, Soᴜᴛʜᴡɪᴄᴋ, and Wɪʟʟᴇᴛᴛ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:[*]

The attorney appointed to represent Caesar Lamar Adams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Adams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

_____

[*] This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 25-10465

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.